No. 48372.—Protest 911023–G of Indo-Persian Fine Art Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that certain of the mats in question are similar in all material respects to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

BEFORE THE THIRD DIVISION, JUNE 5, 1943

No. 48373.—Protests 952694–G, etc., of Lamborn & Co., Inc. (Tampa).

Opinion by EKWALL, J. All of the protests involved herein were dismissed.

No. 48374.—Protests 757762–G, etc., of Glemby Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 4, 1943

No. 48375.— ——Protests 748004–G, etc., of Sun Wing Wo Co. Plaintiff's application for rehearing granted.

JUNE 2, 1943

No. 48376.—SUIT 4390.— —*United States* v. *American Viscose Corporation.* C. D. 594 reversed April 5, 1943. C. A. D. 239.

No. 48377.—SUIT 4404.— —*H. C. Donaldson Co.* v. *United States.* C. D. 622 reversed. C. A. D. 236.

BEFORE THE SECOND DIVISION, JUNE 9, 1943

No. 48378.—Protests 944801–G, etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that the hemp hats in question are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith this claim was sustained.

No. 48379.—Protests 25877–K, etc., of American Straw Goods Co. (New York).